# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| Daniel Saft,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Armcon Corporation,<br><br>　　　　　　　Defendant. | EDCV 15-2459-VAP (KKx)<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND SANCTIONS** |

　　On April 24, 2016, the Court issued an order setting a status conference to set a trial date in this matter for 1:30 p.m. on May 16, 2016. (Doc. No. 19.) Plaintiff's attorney Jonathan Aaron Stieglitz failed to appear at the scheduling conference.[1] On May 26, 2016, Attorney for Defendant filed a declaration stating that costs associated with his appearance at the scheduling conference were $2,030.00. (Doc. No. 21.) The Court has reviewed the amount sought and finds it reasonable and substantiated.

　　Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than June 3, 2016, why this action should not be dismissed without prejudice for failure to prosecute and why Jonathan Aaron Stieglitz should not be ordered to pay the amount of $2,030 to Defendant as sanctions for his failure to appear. Failure to file a response will result in dismissal of this action and sanctions payable to Defendant in the amount sought.

Dated:　　5/31/16

　　　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] L.R. 41-5: "If a party, without notice to the Court, fails to appear at the noticed call of any action or proceeding, the matter is subject to dismissal for want of prosecution."