JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**



| | |
|---|---|
| Daniel Saft,<br><br>    Plaintiff,<br><br>  v.<br><br>Armcon Corporation,<br><br>    Defendant. | EDCV 15-2459-VAP (KKx)<br><br>**ORDER (1) DISMISSING PLAINTIFF'S COMPLAINT; AND (2) AWARDING DEFENDANT SANCTIONS** |

  On April 24, 2016, the Court issued an order setting a status conference to set a trial date in this matter for 1:30 p.m. on May 16, 2016.  (Doc. No. 19.)  Plaintiff's attorney Jonathan Aaron Stieglitz failed to appear at the status conference.

  On May 31, 2016, the Court issued an Order to Show Cause, ordering Plaintiff to show cause why this action should not be dismissed without prejudice for failure to prosecute[1] and why Mr. Stieglitz should not be ordered to pay Defendant $2,030 as sanctions for failure to appear.  (Doc. No. 22.)  Plaintiff failed to respond.

  Accordingly, Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute, and Mr. Stieglitz is ordered to pay sanctions to Defendant in the amount of $2,030 within 30 days.

  **IT IS SO ORDERED.**

Dated: 9/7/16

                  Virginia A. Phillips
                  Chief United States District Judge

---

[1] L.R. 41-5: "If a party, without notice to the Court, fails to appear at the noticed call of any action or proceeding, the matter is subject to dismissal for want of prosecution."